**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

SHERRY S.,[1]
PLAINTIFF,

     v.

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**Civil Action No. 3:20-cv-00213**

**Magistrate Judge Silvain**

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having

been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1.  The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to
    Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the
    amount of $3,300.00 and costs in the amount of $0, for a total award of $3,300.00;

2.  Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the
    United States subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S.
    586 (2010).   If no such pre-existing debt exists, Defendant shall pay the EAJA award
    directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3.  The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

March 4, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States
has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to
plaintiffs only by their first names and last initials. See also S.D. Ohio General Rule 22-01.